UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEREK CALNAN,
Inmate No. V30964,
    Plaintiff,

vs.                                      Case No.: 3:21cv1528/LAC/EMT

SECRETARY, DEPARTMENT
OF CORRECTIONS,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

    Plaintiff commenced this action in the Middle District of Florida by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). The case was transferred to this court (*see* ECF No. 2). On October 21, 2021, the undersigned entered an order noting Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis (ECF No. 5). The undersigned advised that the court will not proceed with the case unless Plaintiff either pays the filing fee or obtains leave to proceed in forma pauperis by filing a fully and properly completed motion with attachments (*id.*). The undersigned further noted Plaintiff did not file his complaint on the form approved for use in the Northern District of Florida and that Plaintiff would be required to comply with the Local Rules by filing an amended complaint on the court-approved form (*id.*).

The undersigned directed the clerk of court to send Plaintiff a civil rights complaint form for use by prisoners, a motion to proceed in forma pauperis, and a prisoner consent form and financial certificate approved for use in the Northern District and allowed Plaintiff thirty days in which to either pay the $402.00 filing fee or file a fully completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate and a computer printout of the transactions in his inmate account for the preceding six-month period (ECF No. 5). The undersigned allowed Plaintiff the same amount of time in which to file an amended civil rights complaint on the court-approved form (*id.*). The undersigned advised that failure to comply with the order would result in a recommendation that the case be dismissed (*id.*).

After more than thirty days passed and Plaintiff had not complied, the undersigned enter an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 6). More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

Case No.:  3:21cv1528/LAC/EMT

At Pensacola, Florida, this 5<u>th</u> day of January 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:21cv1528/LAC/EMT